446 A.2d 674

Pearlstine-Salkin Associates v. Rubin, Appellant.

Argued February 1, 1982. Michael J. O'Donoghue, for appellant; Edward J. Hardiman and S. Gerald Corso, for appellee.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

Order affirmed.

446 A.2d 675

Sol Salins, Inc., Appellant v. United Air Lines.

Argued September 10, 1981. Malcolm H. Waldron, Jr., for appellant; John P. Mason, for appellee.

Before HESTER, McEWEN and SHERTZ, JJ.

Order affirmed.

SHERTZ, J., did not participate in the consideration or decision of this case.